**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                              CASE NO. 3:19-cr-166-J-32JRK

DAVID LANE BYRNS

**REPORT AND RECOMMENDATION[1]
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ORDERED** in Jacksonville, Florida on this 29th day of October, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Honorable Timothy J. Corrigan
United States District Judge
Marielena Diaz, Courtroom Deputy
Assistant United States Attorney (Duva/Winters)
Jesse Nolan Dreicer, Esquire
John Justin Johnston, Esquire
United States Probation
United States Pretrial Services

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(B), Rule 6.02, M.D. Fla. Rules.