UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  3:19-cr-113-J-32JBT

KYLE MARCOTTE

_____

UNITED STATES OF AMERICA

v.  CASE NO. 3:19-cr-166-J-32JRK

DAVID LANE BYRNS

_____

### NOTICE OF RELATED CASES

The United States of America, via the undersigned, notifies this honorable court, pursuant to Rule 1.04(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of these cases, which involve substantially similar issues of law and fact.

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

By:   */s/ Tysen Duva*
    Tysen Duva
    Assistant United States Attorney
    Federal Bar No. 0603511
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone:  (904) 301-6300

        Facsimile: (904) 301-6310
        E-mail: Tysen.Duva@usdoj.gov

        ALLAN MEDINA
        Acting Deputy Chief
        Criminal Division, Fraud Section

By: */s/ Gary A. Winters*
    Gary A. Winters
    James V. Hayes
    Trial Attorneys
    Criminal Division, Fraud Section
    1400 New York Ave., N.W.
    Washington, D.C. 20005
    Telephone: (202) 598-2382
    Email: Gary.Winters@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Justin Johnston, Esquire
Jesse Dreicer, Esquire
Counsel for Defendant David Lane Byrns

Henry M. Coxe, III, Esquire
Allan F. Brooke, II, Esquire
Counsel for Defendant Kyle Marcotte

        */s/ Tysen Duva*
        Tysen Duva
        Assistant United States Attorney