UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:19-cr-166-TJC-LLL

DAVID LANE BYRNS

## ORDER OF FORFEITURE AND PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSETS

THIS CAUSE comes before the Court upon the United States' Amended Motion for Expedited Entry of Unopposed Order of Forfeiture and Preliminary Order of Forfeiture for Specific Assets as to *(Doc. 45)* the following:

(1) an Order of Forfeiture forfeiting to the United States a money judgment in the amount of $5.1 million, representing the amount of proceeds the defendant obtained as a result of the conspiracy to commit health care fraud; and

(2) a Preliminary Order of Forfeiture for the following specific seized assets:

(a) Approximately $1,854,802.03 seized from TIAA Bank Account No. 0301693668 held in the name of the David L. and Carrie Byrns Revocable Trust;

(b) Approximately $94,863.58 seized from TIAA Bank Account No. 0230832911 held in the name of the David L. and Carrie Byrns Revocable Trust; and

(c) Approximately $1,827,950.94 in proceeds from the sale of the seized Florida real properties;

(cumulatively, the "Specific Assets"), the net proceeds of which will be credited to and reduce the amount the United States shall be entitled to forfeit as substitute

assets in satisfaction of the $5.1 million money judgment referenced in paragraph (1) above.

Being fully advised of the relevant facts, the Court hereby finds that the United States has established that the defendant fraudulently obtained at least $5.1 million as a result of the conspiracy, and that the United States has established the requisite nexus between the Specific Assets and the offense charged in Count One of the Information, in that the Specific Assets are traceable to proceeds obtained from the fraud, to which he has pleaded guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED and DECREED that for good cause shown, the United States' Amended Motion for Expedited Entry of Unopposed Order of Forfeiture and Preliminary Order of Forfeiture for Specific Assets, Doc. 45, is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(7) and Fed. R. Crim. P. 32.2(b)(2), the defendant shall be held liable for an order of forfeiture forfeiting to the United States a money judgment in the amount of $5.1 million.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(7), the Specific Assets are hereby forfeited to the United States as directly traceable assets for disposition according to law.

It is FURTHER ORDERED that these orders of forfeiture are final as to the defendant.

It is FURTHER ORDERED that, because the proceeds not recovered by the United States through the forfeiture of the Specific Assets were dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of $5.1 million.

The net proceeds from the forfeiture of the Specific Assets will be credited to the $5.1 million money judgment and reduce the amount the United States shall be entitled to forfeit as substitute assets.

The Court retains jurisdiction to address any third-party claim that may be asserted, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the order of forfeiture.

DONE and ORDERED in Jacksonville, Florida, this __8__ day of ___March___, 2022.

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Mai Tran, AUSA
Counsel of Record