# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 3:19-cr-00166-TJC-LLL

DAVID LANE BYRNS

Counsel for Government:                 Counsel for Defendant:
Andrew Tysen Duva                       John Justin Johnston
Gary A. Winters
James V. Hayes

## HONORABLE TIMOTHY J. CORRIGAN
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Aileen Manrique    Court Reporter: Shannon Bishop
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

## PROCEEDINGS OF: SENTENCING HEARING – DAY 1

The Court heard argument on the Government's 5k Motion (Doc. 63)

The Court heard the Government's sentencing presentation.

The Court heard the Defendant's sentencing presentation.

Pronouncement of Sentencing continued to Friday December 15, 2023, at 10:00 a.m. before the undersigned in Courtroom 10D.

Date: December 14, 2023                 Time: 11:47 a.m. – 12:24 p.m.
                                            (Total Time: 37 Minutes)