**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA
v.                                                              CASE NO. 3:19-cr-00166-TJC-LLL
DAVID LANE BYRNS

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Jesse Nolan Dreicer |
| Gary A. Winters | |
| James V. Hayes | |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Aileen Manrique     Court Reporter: Shannon Bishop
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING HEARING – DAY 2**

United States' Motion for Downward Departure Based Upon Substantial Assistance (Doc. 63) is **GRANTED.**

Plea previously accepted.

Defendant adjudged guilty on **Count One (1) of the Information.**

Imprisonment: **TWELVE (12) MONTHS AND A DAY.**

The court makes the following recommendations to the Bureau of Prisons:

- Incarceration at FCI Miami
- An incarceration facility with the Lowest Security designation available.
- Defendant shall participate in the Residential Drug Abuse Program (RDAP).

Supervised Release: **THREE (3) YEARS.**

Special conditions of supervised release:

- Defendant shall participate in a substance abuse program (outpatient and/or inpatient).
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.
- Defendant shall cooperate in the collection of DNA.
- Defendant shall cooperate in random drug testing as directed by the probation officer. Mandatory drug testing is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

Restitution: to be deferred and determined.

Forfeiture: Order of Forfeiture and Preliminary Order of Forfeiture for Specific Assets (Doc. 50) entered on 03/08/2022 and Final Order of Forfeiture for Specific Assets (Doc. 55) entered on 01/17/2023.

Special Assessment: **$100.00** to be paid immediately.

Defendants advised of right to appeal and to counsel on appeal.

Defendant is ordered to voluntarily surrender to the designated institution indicated by the Bureau of Prisons and by the Marshals no earlier than January 15, 2024.

Defendant's previously imposed conditions of release remain in full force and effect.

Date: December 15, 2023                    Time: 10:47 a.m. – 11:00 a.m.
                                                  (Total Time: 13 Minutes)