**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** <br> UNITED STATES OF AMERICA | **COURT CASE NUMBER** <br> 3:19-cr-166-TJC-LLL |
| **DEFENDANT** <br> David Lane Byrns | **TYPE OF PROCESS** <br> Execution of FOF |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP)

*RECEIVED By USMS M/FL at 11:42 am, Jan 11, 2024*

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

Anita M. Cream, AUSA
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the attached Final Order of Forfeiture, please deposit the $1,854,802.03 into the AFF.

CATS ID: 19-FBI-007063

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (813) 274-6000
DATE: 1/11/24

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 18 | No. 18 | | 01/11/24 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 1/12/2024
Time: [ ] am [ ] pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy: Glenda J. Rios

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Pursuant to the Final Order of Forfeiture, $1,854,802.03 was deposited into the AFF on 01/04/24.

JAN 16 2024 AM8:37
FILED - USDC - FLMD - TPA

Form USM-285
Rev. 03/21